UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-270-4 (JEB)** |
| | : | |
| **NOMAR FRANCISCO MEDINA DIAZ** | : | <u>Under Seal</u> |
| also known as "Nomar" | : | |
| Defendant. | : | |

### MOTION FOR TRANSPORT ORDER

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court enter an Order directing the United States Marshals Service to transport defendant Nomar Francisco Medina Diaz, also known as "Nomar" (hereinafter MEDINA DIAZ) from the District of Puerto Rico to the District of Columbia for further proceedings on the Indictment filed against him, charging the defendant with Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, in violation of Title 21 U.S.C. Section 846. In support of its motion, the United States states as follows:

1. On April 15, 2021, the defendant, MEDINA DIAZ, was arrested in the District of Puerto Rico on an arrest warrant issued out of the United States District Court for the District of Columbia by Magistrate Judge Robin M. Meriweather, in connection with a Criminal Indictment charging the defendant with Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, in violation of 21 U.S.C. § 846.

2. The defendant made his initial appearance on April 16, 2021 in front of a Magistrate Judge in the District of Puerto Rico. At his initial appearance, the government made a motion to detain the defendant without bond pending trial pursuant to 18 U.S.C. § 3142(f)(1)(A) and (C); which provide for detention in felony cases involving a serious risk of flight and a serious drug felony, respectively.

3. At a hearing before a magistrate judge in the District of Puerto Rico on April 19, 2021, the presiding Magistrate Judge denied the government's detention motion and released the Defendant pursuant to certain conditions.

4. An Assistant United States Attorney for the District of Puerto Rico orally moved to stay the defendant's release pending an appeal by the government. The Magistrate Judge denied that request, and absent further action, the release will be effectuated at approximately 5:00 p.m. Puerto Rico time on April 19, 2021.

5. The United States filed with this Court an Emergency Motion to Review the Court's Release Order on April 19, 2021.

6. In order to have counsel appointed to represent the defendant in the District of Columbia, to resolve the pending motion to review the release determination made by the Magistrate Judge in the District of Puerto Rico, and to conduct further proceedings in this matter, the defendant, who remains temporarily detained, needs to be transported to the District of Columbia by the United States Marshals Service.

Accordingly, the United States moves this Court to issue an Order directing the United States Marshals Service to transport the Defendant forthwith to the District of Columbia for further proceedings.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: _____/s/_____
Rachel Fletcher
TX Bar No. 24078505
Rachel.fletcher@usdoj.gov
Anthony Scarpelli
D.C. Bar No. 474711
Anthony.Scarpelli@usdoj.gov
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7093 (Fletcher)
(202) 252-7707 (Scarpelli)